UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERTO SAUSEDA, JR.,

    Plaintiff,

v.

TACTICAL UNIT OFFICER RAYMOND, TACTICAL UNIT OFFICER HILL, and JOHN DOE OFFICERS 1-3,

    Defendants.

Case No. 08-cv-124-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 29) of Magistrate Judge Philip M. Frazier recommending that the Court deny plaintiff Roberto Sauseda Jr.'s motion for default judgment (Doc. 28) and dismiss this case without prejudice for lack of service of process.

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 29), **DENIES** Sauseda's motion for default judgment (Doc. 28), **DISMISSES** this case **without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: June 10, 2009**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**