UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERTO SAUSEDA, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>TACTICAL UNIT OFFICER RAYMOND,<br>TACTICAL UNIT OFFICER HILL, and<br>JOHN DOE OFFICERS 1-3,<br><br>    Defendants. | Case No. 08-cv-124-JPG |

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to serve any defendant,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                              **JUSTINE FLANAGAN, Acting Clerk**

                                              **By:s/Deborah Agans, Deputy Clerk**

**DATED:** June 10, 2009


**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**